**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
David S. Salhanick, Esq.
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel. (973) 287-5006
Fax (973) 533-0217

-and-

**VOGEL LAW FIRM**
Drew J. Hushka, Esq. *(pro hac vice to be submitted)*
Jack M. Buck, Esq. *(pro hac vice to be submitted)*
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Tel. (701) 237-6983
Fax (701) 356-6395

*Counsel to Endi Plaza LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Endi Plaza LLC, | Case No. 25-20002-shl |
| Debtor. | |

### NOTICE OF DEBTOR'S MOTION FOR STAY OF ORDER
### OF DISMISSAL PENDING APPEAL

**PLEASE TAKE NOTICE** that on October 23, 2025, Endi Plaza LLC, the above captioned debtor and debtor in possession (the "***Debtor***") filed its *Motion for Stay of Order of Dismissal Pending Appeal* [Docket No. 56] (the "***Motion***").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "***Hearing***") on the Motion will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court

for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4140. The Hearing will commence on **November 24, 2025 at 11:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing whether making a "live," or "listen only" appearance before the Court, must make an electronic appearance utilizing the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than twenty-four (24) hours in advance of the Hearing (the "*Appearance Deadline*").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be filed with the Court and served so as to be received by all parties requiring notice no later than **November 17, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "*Objection Deadline*"). If no objections are timely filed and served in accordance with the foregoing procedures by the Objection Deadline, the Court may grant the Motion without further notice.

Dated: October 23, 2025

          **A.Y. STRAUSS LLC**

          By: */s/ Eric Horn*
          Eric H. Horn, Esq.
          David S. Salhanick, Esq.
          290 West Mount Pleasant Avenue, Suite 3260
          Livingston, New Jersey 07039
          Tel. (973) 287-5006
          Fax (973) 533-0217

          -and-

          **VOGEL LAW FIRM**
          Drew J. Hushka, Esq. *(pro hac vice to be submitted)*
          Jack M. Buck, Esq. *(pro hac vice to be submitted)*
          218 NP Avenue
          PO Box 1389
          Fargo, ND 58107-1389
          Tel. (701) 237-6983
          Fax (701) 356-6395
          *Counsel to Endi Plaza LLC*