**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Endi Plaza LLC,<br><br>             Debtor. | Chapter 11<br><br>Case No. 25-20002-shl<br><br>Dkt No. _____ |

**ORDER GRANTING STAY OF DISMISSAL ORDER PENDING APPEAL**

Upon the motion (the "Motion") of Endi Plaza LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry an order, pursuant to Rules 8007 and 8025 of the Federal Rules of Bankruptcy Procedure, for an order staying this Court's Order, entered on October 9, 2025 granting Fannie Mae's Motion to Dismiss Chapter 11 Case and Dismissing Chapter 11 Case, dismissing this Chapter 11 case, and barring the Debtor from filing another bankruptcy petition for one (1) year (Dkt. 53); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found notice of the Motion was proper under the circumstances; and the Court having found and determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and any objection to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Order of this Court, granting Fannie Mae's Motion to Dismiss Chapter 11 Case and Dismissing Chapter 11 Case, dismissing this Chapter 11 case, and barring the Debtor from filing another bankruptcy petition for one (1) year (Dkt. 53), is stayed pending the disposition of the Debtor's appeal therefrom.

2

Dated:

_____
Honorable Sean H. Lane